# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SAYE BLENDOLO GATEI,
    Plaintiff,

Case Number 3:14-cv-00132-SLG

v.

CLARE SULLIVAN,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

___   **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED without prejudice. A Certificate of Appealability is DENIED.

APPROVED:

s/SHARON L. GLEASON
United States District Judge

Date: July 15, 2014

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Marvel Hansbraugh
    Marvel Hansbraugh,
    Clerk of Court

[Gatei v Sullivan Judgment.wpd]{JMT2.WPT*Rev.3/03}